No. 1155.   BANKERS FARM MORTGAGE Co. *v.* UNITED STATES.   June 2, 1947.   Petition for writ of certiorari to

the Court of Claims denied. *A. D. Sutherland* and *Lawrence J. Bernard* for petitioner. *Acting Solicitor General Washington, Peyton Ford* and *Paul A. Sweeney* for the United States.